JEANA BARENBOIM et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STARBUCKS CORPORATION, Respondent.

EUGENE WINANS et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v STARBUCKS CORPORATION, Respondent.

Decided November 27, 2012

See 698 F3d 104.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.

ROGER A. CAMPFIELD, Respondent, v SHARLENE M. CAMPFIELD, Appellant.

Submitted September 17, 2012; decided November 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.